IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00796-BNB

WILLIAM MAUNZ,

    Plaintiff,

v.

DENVER COUNTY SHERIFF'S DEPT., and
CITY & COUNTY OF DENVER,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 2 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff William Maunz initiated this action by filing *pro se* a "Motion to Order Denver County Sheriffs [sic] Dept., Denver County Jail, for Copy of Inmates [sic] Account Balance for Previous 6 Mths. To Date for Court Leave to Proceed Title 28 U.S.C. § 1915." In an order filed on April 8, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Maunz to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Maunz to file a Prisoner Complaint and either to pay the filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Maunz was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On April 23, 2009, Mr. Maunz filed a "Motion to 'Order' Court Transcripts From Court Rm. 23 Denver District Ct. Clerk of the Court's 'Subpoena.'" However, Mr. Maunz has failed within the time allowed to cure any of the deficiencies identified in Magistrate

Judge Boland's April 8 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the motions filed by Mr. Maunz are denied as moot.

DATED at Denver, Colorado, this 21 day of May, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00796-BNB

William Maunz
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/22/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk